# Order

Michigan Supreme Court
Lansing, Michigan

January 29, 2021

161220

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

MEDICAL TEAM, INC.,
      Plaintiff-Appellant,

v

AUTO-OWNERS INSURANCE COMPANY,
      Defendant-Appellee.

SC:  161220
COA:  345449
Washtenaw CC:  17-000394-NF

_____/

On order of the Court, the application for leave to appeal the February 25, 2020 judgment of the Court of Appeals is considered and, it appearing to this Court that the cases of *Mecosta Co Med Ctr v Metro Group Prop & Cas Ins Co* (Docket Nos. 161628 and 161650) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2021

Clerk

a0126